UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARIA VEGA,**

    Plaintiff,

v.                                             Case No: 5:21-cv-439-WFJ-PRL

**ANTHONY SIZEMORE and JANE DOE,**

    Defendants.

_____

## ORDER

Plaintiff initiated this action on August 30, 2021 by filing a *pro se* Civil Rights Complaint (Doc. 1). As of the date of this Order, Plaintiff has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby **ORDERED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on October 6, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Pro Se* Party